United States v. Michelle Lynn Gschlecht
3:19cr254(KAD)
SCHEDULE A

Restitution shall be made to the following victims.

| Victim | Restitution Amount |
|---|---|
| Payable to: Marsh Law Firm PLLC in trust for "Jenny"<br><br>Mailing address: Marsh Law Firm PLLC<br>Attn: Jenny<br>PO Box 4668 #65135<br>New York, NY 10163-4668 | $ 3,000 |
| Payable to: Deborah A. Bianco, in trust for "Pia"<br><br>Mailing address: Deborah A. Bianco, P.S.<br>P.O. Box 6503<br>Bellevue, WA 98008 | $ 3,000 |
| Total | $6,000 |