UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19-cr-00254-KAD |
| vs. | : | |
| MICHELLE GSCHLECHT | : | April 7, 2021 |

**EXHIBIT 1 TO DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Defendant submits the accompanying letter from Ms. Gschlecht as **Exhibit 1** to Defendant's Sentencing Memorandum.

                                      Respectfully submitted,

                                      THE DEFENDANT,
                                      Michelle Gschlecht

                                      OFFICE OF THE FEDERAL DEFENDER

Dated: April 7, 2020            /s/ James P. Maguire
                                      James P. Maguire
                                      Assistant Federal Defender
                                      265 Church Street, Suite 702
                                      New Haven, CT 06510
                                      Phone: (203) 498-4200
                                      Bar No.: ct29355
                                      Email: James_Maguire@fd.org

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 7, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ James P. Maguire
                                        James P. Maguire

# EXHIBIT 1

your Honor

My name is Michelle lynn Gschlecht I am writing to tell you a little about myself.

I am a 52 year old Transgendered female. I was born to Dorothy lesniah in 1969. from the time I 3 years old untill I was 5 my step father abused all of the children in my household both sexually and phisically. at 5 year old I was removed from my family and was placed in foster care but due to my mis behavior I was placed into wharehouse point orphanage. where I again endured more sexual abuse. after a few years I was placed with a family who was Kind and loving. Mr and Mrs Gschlecht at the age of nine I was adopted by them. when I was growing up I Knew I was different I was always taking my sister clothes and wearing them, this started around age 4 or 5 I was always saying I was a girl. My mother Dorothy let me be who I was and when I was adopted I at first hid it from my step parents but I was foud out my mother found some clothes that my friend next door gave me and I told them at first my mother was ok with it but my father told her that it was just a fase I was going through but later he figured out that I really was Transgendered and I have been this way all my life. when I was 15 I left home and was living on the street I moved from Greenwich CT. to Danbury CT where I met other Transgendered people. During this period of my life I did some things that I am not proud of but being young and on my own I did what I had to to survive when I was 22 I met some one who took me off the streets and gave me a room to stay as long as I helped him with his house

Taking care of his lawn, laundry ect. He traded my services for a place to stay. after a while we became intimate and he would buy me dresses, skirts and any female clothing I wanted he always made sure I was taken care of. I was in a couple of other relationships that were good but didn't last long.

   I know that I have issues that I really need to address and need to stay away from people who are a bad influence on me that is how I wound up in this mess. I let some one else influence me into making bad choices. had I let my fiancee know about my past he would have kept me on the write path. but my being insecure with talking about my past kept me from telling him. He now knows all about my past and is still sticking by my side. I really care about him and for the first time I really feel he really cares for me I never had some one that truely cared for me like he does and I cant wait to settle down and spend the rest of my life with him. I know its going to be a long struggle but I am willing to do what it takes to better my life and stay out of trouble.

   *Michelle Lynn Dschlect*